UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LATOSHA GALLOWAY, an individual,<br><br>           Plaintiff,<br>   v.<br><br>TRISTAR PRODUCTS, INC., a Pennsylvania corporation; and BED BATH & BEYOND, INC., d/b/a BBB, a New York corporation,<br><br>           Defendants. | CASE NO. C17-0981-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendants to answer or otherwise respond to the complaint (Dkt. No. 7). The parties seek an extension until July 26, 2017. (*Id.* at 2.) The motion is GRANTED. Defendants' deadline to respond to the complaint is EXTENDED to July 26, 2017.

//

//

//

//

DATED this 5th day of July 2017.

        William M. McCool
        Clerk of Court

        s/Paula McNabb
        Deputy Clerk