# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LATOSHA GALLOWAY, an individual, | CASE NO. C17-0981-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRISTAR PRODUCTS, INC., a Pennsylvania corporation; BED BATH & BEYOND, INC., d/b/a/ BBB, a New York corporation, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on counsel's unopposed motion for withdrawal as attorneys of record for Plaintiff (Dkt. No. 25). The motion is GRANTED pursuant to Local Civil Rule 83.2(b)(1). Effective immediately, Heather M. Cover, James S. Rogers, and the Law Offices of James S. Rogers are withdrawn as counsel for Plaintiff. All future pleadings in this matter shall be directed at Plaintiff's last known address: 2364 S. Brandon Street, Seattle, WA 98108. Plaintiff's telephone number is 206-922-9619.

//

//

//

1

2     DATED this 8th day of June 2018.

3                                       William M. McCool
Clerk of Court

4

5                                       s/Tomas Hernandez
Deputy Clerk