THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LATOSHA GALLOWAY, an individual, | CASE NO. C17-0981-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRISTAR PRODUCTS, INC., a Pennsylvania corporation, and BED BATH & BEYOND, INC., d/b/a/ BBB, a New York corporation, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion for an order to show cause why Plaintiff's claims should not be dismissed for failure to prosecute (Dkt. No. 28). On April 2, 2018, Plaintiff was served with interrogatories and requests for production by Defendants. (Dkt. No. 29.) On June 8, Plaintiff's counsel was granted leave to withdraw by this Court. (Dkt. No. 27.) Since her counsel withdrew, Plaintiff has not responded to Defendants' discovery requests or otherwise pursued her claims. (Dkt. Nos. 28, 29.) Plaintiff is ORDERED to show cause why her claims should not be dismissed for failure to prosecute. Plaintiff shall file a response with the Court within 14 days from the issuance of this order.

1       DATED this 28th day of September 2018.

                                          <u>William M. McCool</u>
                                          Clerk of Court

                                          <u>s/Tomas Hernandez</u>
                                          Deputy Clerk

MINUTE ORDER
C17-0981-JCC
PAGE - 2