THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LATOSHA GALLOWAY,<br><br>Plaintiff,<br>v.<br><br>TRISTAR PRODUCTS, INC., a Pennsylvania corporation; BED BATH & BEYOND, INC., d/b/a BBB, a New York corporation,<br><br>Defendants. | CASE NO. C17-0981-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. Defendants previously moved for an order to show cause why Plaintiff's case should not be dismissed for failure to prosecute. (Dkt. No. 28.) On September 28, 2018, the Court issued an order to show cause why Plaintiff's case should not be dismissed for failure to prosecute. (Dkt. No. 30.) Plaintiff was required to respond within 14 days from the issuance of the order to show cause. (*Id*.) Plaintiff has failed to respond to that order.

Therefore, this case is DISMISSED without prejudice for failure to prosecute. The Clerk is DIRECTED to close this case.

//

//

ORDER
C17-0981-JCC
PAGE - 1

1     DATED this 16th day of October 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE